Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 0 5 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

### ARREST ON OUT-OF-DISTRICT OFFENSE

Case Number: **'19MJ10232**

The person charged as __Oren Dean DIPIERRO__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the _____ District of __IDAHO (BOISE)__

with __SUPERVISED RELEASE VIOLATION__, in violation of __Title 18, United States Code, 3583__

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 8/5/19

_____
(Name) Scott Hilbert
Deputy United States Marshal

Reviewed and Approved:

Dated: 8/5/19

_____
ANDREW CHIANG
Assistant United States Attorney


FILED

# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

AUG 0 5 2019

CLERK, U.S. DISTRICT COURT
THERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES OF AMERICA     *WARRANT FOR ARREST*

v.

OREN DEAN DIPIERRO     **4:98-cr-00027-BLW**

To: The United States Marshal
and any Authorized United States Officer

     YOU ARE HEREBY COMMANDED to arrest **OREN DEAN DIPIERRO** and bring forthwith to the nearest magistrate judge to answer **PETITION ON SUPERVISED RELEASE** charging with the below listed violation.

VIOLATION OF THE TERMS AND CONDITIONS OF SUPERVISED RELEASE



United States Courts
District of Idaho
**ISSUED**
*JillPalkoner*
on Apr 08, 2019 8:09 am

BOISE, IDAHO

RECEIVED
MARSHALS SERVICE

Jill Palkoner, Deputy Clerk     April 8, 2019

Name and Title of Issuing Officer     Date

---

**RETURN**

---

This warrant was received _____ and executed with the arrest of the above-name individual at _____.

_____      _____
Signature of Arresting Officer     Date of Arrest

_____
Name & Title of Arresting Officer

PROB12C
Revised 10/13

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF IDAHO

10234-023

| UNITED STATES OF AMERICA | PETITION ON SUPERVISED RELEASE |
|---|---|
| v. | |
| OREN DEAN DIPIERRO | DKT. No. 0976 4:98CR00027-001 & DKT. No. 0976 4:99CR00003-001 |

COMES NOW Ryan M. Lesmeister, Probation Officer of the Court, presenting an official report upon the conduct and attitude of Oren Dean DiPierro, who was placed on supervision by the Honorable B. Lynn Winmill sitting in the Court at Pocatello, Idaho, on July 6, 1999. The defendant was sentenced to 248 months imprisonment and 5 years supervised release for a violation of 18 § 924(m): Theft of Firearm from Licensed Firearms Dealer; 18 § 1951(a), (b)(1) and (3): Interference with Commerce by Threats of Violence; 18 § 2113(a)(d): Armed Bank Robbery; 18 § 924(c)(1): Use of Firearm in Relation to a Crime of Violence; and 18 § 1512(b): Witness Intimidation. Supervision commenced on May 16, 2018, and is set to expire on May 15, 2023. As noted in the judgment, the Court ordered mandatory, special and standard conditions of supervision. The probation officer alleges the defendant has violated the following terms and conditions of supervised release as set forth herein.

**RESPECTFULLY REPRESENTING PETITION FOR ACTION OF THE COURT AND FOR CAUSE AS FOLLOWS:**

**1.) VIOLATION OF STANDARD CONDITION: "The defendant shall notify the probation officer ten days prior to any change in residence or employment."**

U.S. Probation has been unable to contact of the defendant since March 27, 2019. Additionally, he has stopped checking in with his Soberlink device. The defendant is believed to have absconded supervision.

**2.) VIOLATION OF SPECIAL CONDITION: "Defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation office, until such time as the defendant is released from the program by the probation officer. Defendant shall abstain from the use of any controlled substances and alcohol. Cost of treatment and testing shall be paid by both the Government and defendant in monthly installments arranged by the probation officer."**

Oren Dean DiPierro
0976 4:98CR00027-001 & 4:99CR00003-001

Petition on Supervised Release
Page 2

April 4, 2019

a) On June 7, 2018, the defendant used marijuana, as evidenced by the urinalysis provided to U.S. Probation, and written admission dated June 11, 2018.

b) On June 10, 2018, the defendant used marijuana, as evidenced by the urinalysis provided to U.S. Probation, and written admission dated June 11, 2018.

c) On July 19, 2018, the defendant used marijuana, as evidenced by the urinalysis provided to U.S. Probation and written admission dated July 26, 2018.

d) On July 24, 2018, the defendant used marijuana, as evidenced by the urinalysis provided to U.S. Probation and written admission dated July 26, 2018.

e) On or about August 2, 2018, the defendant used marijuana as evidenced by his written admission dated August 28, 2018.

f) On or about August 14, 2018, the defendant used marijuana as evidenced by his written admission dated August 28, 2018.

g) On or about February 14, 2019, the defendant used or consumed alcohol, as evidenced by the Soberlink breath test result of 0.015% Blood Alcohol Content (BAC), and the defendant's written admission on March 8, 2019.

h) On or about February 15, 2019, the defendant used or consumed alcohol, as evidenced by the Soberlink breath test result of 0.102% BAC, and the defendant's written admission on March 8, 2019.

i) On or about February 17, 2019, the defendant used or consumed alcohol, as evidenced by the Soberlink breath test result of 0.014% BAC, and the defendant's written admission on March 8, 2019.

j) On or about February 18, 2019, the defendant used or consumed alcohol, as evidenced by the Soberlink breath test result of 0.063% BAC, and the defendant's written admission on March 8, 2019.

k) On or about February 19, 2019, the defendant used or consumed alcohol, as evidenced by the Soberlink breath test result of 0.027% BAC, and the defendant's written admission on March 8, 2019.

l) On or about February 25, 2019, the defendant used or consumed alcohol, as evidenced by the Soberlink breath test result of 0.006% BAC, and the defendant's written admission on March 8, 2019.

Oren Dean DiPierro  
0976 4:98CR00027-001 & 4:99CR00003-001

Petition on Supervised Release  
Page 3

April 4, 2019

m) On or about February 28, 2019, the defendant used or consumed alcohol, as evidenced by the Soberlink breath test result of 0.023% BAC, and the defendant's written admission on March 8, 2019.

n) On or about March 1, 2019, the defendant used or consumed alcohol, as evidenced by the Soberlink breath test result of 0.031% BAC, and the defendant's written admission on March 8, 2019.

o) On or about March 3, 2019, the defendant used or consumed alcohol, as evidenced by the Soberlink breath test result of 0.015% BAC, and the defendant's written admission on March 8, 2019.

p) On or about March 4, 2019, the defendant used or consumed alcohol, as evidenced by the Soberlink breath test result of 0.023% BAC, and the defendant's written admission on March 8, 2019.

q) On or about March 6, 2019, the defendant used or consumed alcohol, as evidenced by the Soberlink breath test result of 0.033% BAC, and the defendant's written admission on March 8, 2019.

r) On or about March 7, 2019, the defendant used or consumed alcohol, as evidenced by the Soberlink breath test result of 0.018% BAC, and the defendant's written admission on March 8, 2019.

s) On or about March 8, 2019, the defendant used or consumed alcohol, as evidenced by the Soberlink breath test result of 0.015% BAC, and the defendant's written admission on March 8, 2019.

t) On or about March 9, 2019, the defendant used or consumed alcohol, as evidenced by the Soberlink breath test result of 0.006% BAC.

u) On March 24, 2019, the defendant used marijuana, as evidenced by his written admission dated March 28, 2019.

v) On March 28, 2019, the defendant failed to provide a scheduled breath test sample to his Soberlink testing device. As of the date of this petition, the defendant has stopped taking his daily scheduled tests and has failed to provide tests since March 27, 2019.

Oren Dean DiPierro
0976 4:98CR00027-001 & 4:99CR00003-001

Petition on Supervised Release
Page 4

April 4, 2019

### PRELIMINARY ADVISORY REVOCATION GUIDELINE CALCULATION:

The defendant was originally convicted of a Class B Felony, thus the maximum sentence allowed upon revocation is 3 years. The most serious conduct alleged as a violation of supervision is considered a Grade C violation. The defendant's criminal history category is IV, thus the advisory guideline range for revocation is 6 to 12 months.

### ASSESSMENT OF FLIGHT/DANGER AND BOND RECOMMENDATION:

Based on the defendant's performance while on supervision, the probation officer recommends the defendant be detained pending revocation proceedings. The defendant is viewed as presenting a danger to the community based upon his continued alcohol and drug use as well as the violent nature of his original offense. He is a risk of nonappearance as he has currently absconded supervision. Pursuant to Rule 32.1(a)(6), the burden of establishing that the person will not flee or pose a danger to anyone in the community rests with the defendant.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant for the defendant to appear before the Court to answer for the violations alleged.

I declare under the penalties of perjury that the foregoing is true and correct to the best of my knowledge. Executed on April 4, 2019.

Respectfully submitted,

Digitally signed by Ryan Lesmeister
Date: 2019.04.04 08:56:51 -06'00'

Ryan M. Lesmeister
U.S. Probation Officer

ORDER OF COURT

So, ordered.

Dated: April 05, 2019

B. Lynn Winmill
Chief District Judge
United States District Court